JAMES VAN TASSEL, *Respondent*, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, *Appellant.* — Judgment and

order denying new trial affirmed, with costs. Opinion by DYK-
MAN, J.; BARNARD, P. J., not sitting.